

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

Shriram Harid
Assistant U.S. Attorney

*970 Broad Street, Suite 700*        main:  (973) 645-2700
*Newark, NJ 07102*                   direct: (973) 645-2728
*shriram.harid2@usdoj.gov*           fax:    (973) 297-2010

July 13, 2026

**BY ECF**
Hon. Katharine S. Hayden
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

     **Re:**   *Verdugo-Verdugo v. Borgen* **et al., No. 26-6920 (KSH)**

Dear Judge Hayden:

     This Office represents Respondents in this habeas matter filed by Ignacio Verdugo-Verdugo ("Petitioner" or "Verdugo-Verdugo") challenging the legality of his detention by U.S. Immigration and Customs Enforcement ("ICE") under 8 U.S.C. § 1225(b)(2). Pursuant to this Court's text Order dated July 9, 2026, ECF No. 6, Respondents write to confirm Petitioner's release and respectfully request to close this matter.

     We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

SO ORDERED this day of July 15, 2026
s/Katharine S. Hayden
Hon. Katharine S. Hayden, U.S.D.J.

By:  _____

Shriram Harid
Assistant U.S. Attorney
*Attorneys for Respondents*

cc:    Counsel of record (by ECF)